# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 0:16-cv-00370

**Case Title:** Green Plains Otter Tail, LLC v. Pro-Environmental, Inc.

**Affidavit of Movant**

I, **Scott G. Johnson**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice **Michael L. Foran**, an attorney admitted to practice and currently in good standing in the **U.S. District Court for the Northern District of Illinois**, but not admitted to the bar of this court, who will be counsel for the **Plaintiff Green Plains Otter Tail, LLC** in the case listed above.  I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

X  I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

__  I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature:  *s/ Scott G. Johnson*                    Date:  April 13, 2016

MN Attorney License #:17614X

1

## Affidavit of Proposed Admittee

I, **Michael L. Foran**, am currently a member in good standing of the **U.S. District Court for the Northern District of Illinois**, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: *s/ Michael L. Foran*          Date: February 16, 2016

Typed Name: Michael L. Foran

Attorney License Number: 6190723 issued by the State of Illinois and 4122099 issued by the State of New York

Law Firm Name:  Foran Glennon Palandech Ponzi & Rudolff, PC

Law Firm Address:   222 North LaSalle Street
                    Suite 1400
                    Chicago, IL  60601

Main phone:         (312) 863-5000

E-mail address:     mforan@fgppr.com

Dated: February 29, 2016

Michael L. Foran

Subscribed to and sworn before me
This 29th day of FEBRUARY, 2016

Notary Public

OFFICIAL SEAL
WENDY M JACOBSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/23/19